DANIEL G. FOWLE *v.* CITY OF RALEIGH.

*Busbee & Busbee*, for the appellant.
*Haywood, Fowle* and *Snow*, contra.

[1.]

DANIEL G. FOWLE v. THE CITY OF RALEIGH.

[2.]

DANIEL G. FOWLE v. THE CITY OF RALEIGH.

In the absence of fraud or collusion, the price agreed upon by the parties to a contract must be presumed to be fair.

(For the other points decided, see the case of *Tucker* v. *City of Raleigh*, next preceding.)

CIVIL ACTION, tried before WATTS, J., at January Term, 1876, of WAKE Superior Court.

The points raised by this case were decided in the case of *W. H. & R. S. Tucker* v. *The City of Raleigh, ante.*

There was judgment in favor of the plaintiff, and the defendant appealed.

*Busbee & Busbee*, for the appellant.
*Haywood, Fowle* and *Snow*, contra.

READE, J. All the points in this case are covered by the case of *Tucker* v. *City of Raleigh*, at this term, except that in

18

this case the defendant denies that the price of the services rendered was reasonable.

In the absence of fraud or collusion, the price agreed on by the parties must be taken to be fair.

There is no error. Let this be certified.

PER CURIAM.                          Judgment accordingly.